# In the United States Court of Federal Claims

No. 05-1088 C

(E-Filed: December 5, 2005)

| | |
|---|---|
| LEONARDTOWN VILLAGE LIMITED PARTNERSHIP, Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, Defendant. | ) |

ORDER

Further to the agreement of the transferor and transferee judges, and to promote docket efficiency and the efficient administration of justice, pursuant to Rule 40.1(b) of the Rules of the Court of Federal Claims (RCFC), this case shall be TRANSFERRED to Judge Thomas C. Wheeler.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge