# In the United States Court of Federal Claims

**No. 05-1088 C**
**Filed December 5, 2005**

LEONARDTOWN VILLAGE LIMITED PARTNERSHIP

v.

THE UNITED STATES

**NOTICE OF REASSIGNMENT TO:**

**Thomas C. Wheeler Judge**

**Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.**

Brian Bishop

Brian Bishop, Clerk