# In the United States Court of Federal Claims

No. 05-1088C

(Filed: December 13, 2005)

LEONARDTOWN VILLAGE
LIMITED PARTNERSHIP,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On December 1, 2005, the parties filed a Joint Motion for a Stay of Proceedings while certain related cases remain in the Court's Alternative Dispute Resolution (ADR) pilot program. Accordingly:

1. This proceeding is hereby STAYED until 14 days following completion of the ADR process in the related cases;

2. The parties shall file with the Court a brief Joint Status Report describing the progress of the ADR proceedings on or before February 1, 2006;

3. Thereafter, the parties shall file additional Joint Status Reports on the first calendar day of every second month for the duration of the stay.

**IT IS SO ORDERED.**

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge